IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 15-82-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | OPINION and ORDER |
| JIMMIE RICHARD JAMES, | |
| Defendant. | |

Before the Court is Defendant Jimmie James's Motion for Bill of Particulars. The motion was filed on October 21, 2015. James was arraigned on July 23, 2015, and James's current counsel appeared on August 6, 2015. According to Fed. R. Crim. P. 7(f), a motion for a bill of particulars must be made "14 days after arraignment or at a later time if the court permits." Since the motion was made nearly three months after the arraignment, this Court declines to consider it. In any event, the government represents that it has complied with its discovery obligations. James does not dispute this assertion. "Full discovery will obviate the need for a bill of particulars." *United States v. Long*, 706 F.2d 1044, 1054 (9th Cir. 1983).

As the motion is untimely and appears unnecessary, IT IS HEREBY ORDERED that the Motion for Bill of Particulars (Doc. 44) is DENIED.

DATED this 17th day of November, 2015.

SUSAN P. WATTERS
United States District Judge