IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

**FILED**



FEB 02 2017

Clerk, U.S. District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 15-82-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JIMMIE RICHARD JAMES, | |
| Defendant, | |
| BOSTON LEXINGTON INSURANCE COMPANY, | |
| Garnishee. | |

Upon consideration of the United States' Motion to Terminate Garnishment (Doc. 108), and for good cause appearing,

IT IS HEREBY ORDERED the garnishment proceedings against Boston Lexington Insurance Company in this matter is terminated.

DATED this  1st  day of February, 2017.

*Susan P. Watters*
SUSAN P WATTERS
United States District Court Judge

1