
FILED
 3 0 2 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JIMMIE RICHARD JAMES, Defendant, ROBERT L. STEPHENS, JR., Garnishee. | CR 15-82-BLG-SPW<br><br>FINAL ORDER IN GARNISHMENT |

A writ of garnishment, directed to garnishee, has been duly issued and served upon the garnishee. Pursuant to the writ of garnishment, the garnishee filed an answer on or about December 6, 2016, stating that at the time of the service of the writ, garnishee had in garnishee's possession, custody or control

1

personal property belonging to and due defendant, which were the insurance proceeds from the defendant's house burning down.

On December 20, 2016, the defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

On February 1, 2017, Plaintiff filed a request for entry of final order in garnishment. No responsive pleading has been filed.

IT IS THEREFORE ORDERED garnishee shall pay to plaintiff the insurance proceeds in the amount of $164,000.00 to satisfy the money judgment that was entered against the defendant Jimmie Richard James on May 31, 2016.

DATED this 1st day of February, 2017.

SUSAN P WATTERS
United States District Court Judge